# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **JONI LASKEY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 08-153-P-S** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 29, 200, his Recommended Decision (Docket No. 17).  Defendant filed his Objection to the Recommended Decision (Docket No. 18) on February 6, 2009.  Plaintiff filed her Reply to Defendant's Objection to the Recommended Decision (Docket No. 19) on February 26, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that the Decision of the Commissioner is **VACATED**, and the case is **REMANDED** for proceedings consistent with the Recommended Decision.


/s/George Z. Singal
U.S. District Judge

Dated:  March 3, 2009